# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 03-mj-01137-CBS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GRAHAM E. GILL,

    Defendant.

## ORDER

THIS MATTER coming before the Court upon motion of the government to dismiss the Complaint (*doc. no. 3*), and the Court having considered the same,

IT IS ORDERED that the instant motion is GRANTED and the complaint is hereby DISMISSED.

DATED at Denver, Colorado, this 10th day of September, 2007.

    BY THE COURT:

    *s/Craig B. Shaffer*
    Craig B. Shaffer
    United States Magistrate Judge